IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR86 |
| | ) | |
| v. | ) | |
| | ) | |
| HEATHER M. ELLIS, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Upon defendant's oral motion to enter a change of plea and request for hearing,

IT IS ORDERED,

1. Defendant's change of plea hearing is scheduled before the undersigned on August 31, 2005 at 11:00 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 18th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge