IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 OCT 25 PM 1:35

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | Case Number:4:05CR0086 |
| ) | |
| HEATHER ELLIS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on Defendants Request to File Motion Under Seal, filing ___. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED, pursuant to NECrim.R 49.3(c) and (d), the Clerk shall file the defendant's Motion to Modify Conditions of Release under seal.

The Honorable David L. Piester
United States Magistrate Judge

Order Prepared by:

Korey L. Reiman, #21773
650 J Street, Suite 400
Lincoln NE 68508