IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CR86 |
| v. | ) | |
| | ) | |
| HEATHER M. ELLIS, | ) | |
| | ) | ORDER |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion to modify conditions of confinement, filing 105, is granted and permission is granted for defendant to receive her Depo-Provera shot.

DATED this 26th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge