FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 NOV 30 AM 8:52

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR86 |
| | ) | |
| v. | ) | |
| | ) | |
| HEATHER M. ELLIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The defendant has requested a furlough from custody in order to address personal matters before her December 2, 2005 sentencing. Filing 125. Provided the defendant remains in the custody of her father, Bruce Ellis, as proposed in the defendant's motion, the government does not oppose the motion. I conclude that the defendant's request for a furlough should be granted.

IT IS ORDERED,

Defendant's motion to modify conditions of confinement, filing 125, is granted. Defendant is granted a furlough from custody beginning on November 30, 2005, the time to be arranged by her attorney and the United States Marshals Service, and continuing until she attends her sentencing hearing on December 2, 2005.

### CONDITIONS OF RELEASE

Defendant's furlough is subject to the following conditions:

a.   During the furlough, the defendant shall not commit any offense in violation of federal, state, or local law; use or possess alcohol, or any

certified copy to USA

narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; possess any firearm, destructive device, or other dangerous weapon; or be with, associate with, or communicate with persons known or suspected to be or to have been involved in drug use, drug trafficking, or weapons trafficking.

b. The defendant shall appear at her sentencing on December 2, 2005 at 2:30 p.m. in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

## ACKNOWLEDGEMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed.

*[Signature]*

Signature of the Defendant

## ADDITIONAL CONDITIONS OF RELEASE

It is FURTHER ORDERED that the release of the defendant is subject to the defendant being placed in the custody of her father, Bruce Ellis, 12312 Crawford Road, Omaha, Nebraska 68144, phone number (402) 214-5805, who agrees to supervise the defendant at all times during the furlough; remove any alcohol or weapons he may currently have in his house; immediately notify the United States Marshals Service in the event defendant absconds or violates any of

2

the conditions set forth in paragraph 1 of this order; and transport the defendant to her sentencing hearing at the time and place set forth in paragraph 2 of this order.

## ACKNOWLEDGEMENT OF CUSTODIAN

*Bruce Ellis*

Signature of the Custodian

DATED this 29th day of November, 2005.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge

3