IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>HEATHER ELLIS, )<br>)<br>Defendant. ) | Case Number: 4:05CR0086 |

ORDER

THIS MATTER comes before the Court on defense counsel's motion to continue appointment, filing 141. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED, the appointment of Korey Reiman is extended until January 6, 2006.

Dated January 19, 2006.

_____
U.S. District Court Judge Richard Kopf

Order Prepared by:

Korey L. Reiman, #21773
650 J Street, Suite 400
Lincoln NE 68508